**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: TRIPOLI, VINCENT | § Case No. 10-14715-BWB |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/07/2011         By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                               Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TRIPOLI, VINCENT | § Case No. 10-14715-BWB |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.47 |
| *and approved disbursements of* | $ 69.18 |
| *leaving a balance on hand of* [1] | $ 9,931.29 |
| **Balance on hand:** | $ 9,931.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,931.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,625.30 | 0.00 | 1,625.30 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 131.25 | 0.00 | 131.25 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 6,880.00 | 0.00 | 6,880.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 47.26 | 0.00 | 47.26 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,683.81 |
| Remaining balance: | $ 1,247.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     1,247.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $     1,247.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims:   $         0.00
Remaining balance:   $     1,247.48

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $     1,247.48

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims:   $         0.00
Remaining balance:   $     1,247.48

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,247.34.

Prepared By:   /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-14715-BWB
Vincent Tripoli  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1  User: lhatch  Page 1 of 2  Date Rcvd: Dec 07, 2011
    Form ID: pdf006  Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2011.
```
db          +Vincent Tripoli,    25725 Sunnymere Drive,    Plainfield, IL 60585-1290
15362662     Bank of America,    P.O. Box 15710,    Wilmington, DE 19886-5710
15362663    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
15362664     CitiBusiness Card,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
15362665    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court:   Fifth Third Bank,    P.O. Box 630778,    Cincinnati, OH 45263)
15434051     Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
15362666    +Franklin American Mortgage,    501 Corporate Drive,    Franklin, TN 37067-6216
15362667    +Jorge and Leticia Rodriguez,    8716 W. 98th Street,    Palos Hills, IL 60465-1134
15362668    +Meineke Car Care,    128 S. Tryon,    Charlotte, NC 28202-5001
15449019    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
             (address filed with court:   Snap-on Credit LLC,    950 Technology Way, Suite 301,
               Libertyville, IL 60048)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15362669    +E-mail/Text: bankrup@nicor.com Dec 08 2011 02:20:51     Nicor Gas,
              Attention:  Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2011**        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1         User: lhatch              Page 2 of 2             Date Rcvd: Dec 07, 2011
                             Form ID: pdf006          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2011 at the address(es) listed below:
              Christopher J Goluba    on behalf of Creditor  Meineke Car Care Centers, Inc.
               chris-goluba@comcast.net
              David P Lloyd    on behalf of Plaintiff  Thomas B. Sullivan, Trustee dlloyd@ggl-law.com
              Jim  Fine    on behalf of Debtor Vincent Tripoli jfine@mckenna-law.com,
               lpalma@mckenna-law.com;bankruptcy@mckenna-law.com;debtor@mckenna-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sara E. Cook    on behalf of Defendant Maria Tripoli scook@mckenna-law.com,
               lpalma@mckenna-law.com;bankruptcy@mckenna-law.com
              Sara E. Cook    on behalf of Debtor Vincent Tripoli debtor@mckenna-law.com,
               lpalma@mckenna-law.com;bankruptcy@mckenna-law.com
              Thomas B Sullivan    tsullivan@ggl-law.com, IL19@ecfcbis.com
                                                                                             TOTAL: 7